

**Monday, November 3, 2014**

No. 14–0716/AR. U.S. v. Brian R. Rogers. CCA 20090372. Appellant's motion to file a corrected supplement to the petition for grant of review granted.

No. 15–0142/NA. U.S. v. Lindell M. Turner. CCA 201400036. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2014.

No. 15–0143/MC. U.S. v. Darren J. Evans. CCA 201300248. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2014.

**Tuesday, November 4, 2014**

No. 14–0770/AR. U.S. v. Gabriel A. Parra, Sr. CCA 20110920. On consideration of the petition for grant of review of the decision of the United States Army Court of